■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAWN E. AKIN, Appellant. [881 NYS2d 360]—Motion for reargu-

ment and leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Hurlbutt, Fahey, Green and Pine, JJ.